DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

CHRISTOPHER LANE
1161 S. VAN NESS AVE.
SAN FRANCISCO, CA 94110
###-##-9607
                Debtor(s)

Chapter 13
Case No:  06-3-0803 SFC13
Date:       June 11, 2008
Time:      10:00 AM
Ctrm:      235 Pine St, 23rd Fl
               San Francisco, CA 94104-0000

MOTION OF CHAPTER 13 STANDING TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE UNDER 11 U.S.C. 1307 (c)(1)

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR'S(') ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the court for an order, pursuant to 11 U.S.C. 1307 (c)(1) dismissing this case for cause in that the Debtor(s) failed to sell or refinance property by the date stated in Debtor(s)' confirmed Chapter 13 Plan.

1.  This court has jurisdiction over this matter pursuant to 11 U.S.C. 1307 (c)(1), Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013 and 9014.  This is a core proceeding under 28 U.S.C. 157(b) (2) (A).

2.  This motion is made for cause pursuant to 11 U.S.C. 1307 (c)(1) on grounds that the Debtor(s) failed to sell or refinance property by the date stated in Debtor(s)' confirmed Chapter 13 Plan.  This motion is based upon all documents, records on file, together with this Notice of Motion, Motion, Declaration and any such additional documents, records and evidence which may be presented.

3.  An Order Confirming Plan was entered 09/20/2007.

4.  Pursuant to the Debtor(s)' confirmed plan, the Debtor(s) shall sell or refinance property, as described as:

            SALE OF ART

5.  The cause to dismiss this case exists because the Debtor(s) has failed to sell or refinance property by the date stated in the Debtor(s) ' confirmed Chapter 13 Plan and the Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney may appear at the hearing on this motion and present argument in opposition to this motion

Dated:      May 13, 2008                    David Burchard
                                                           David Burchard, Chapter 13 Standing Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

CHRISTOPHER LANE
1161 S. VAN NESS AVE.
SAN FRANCISCO, CA 94110
###-##-9607
    Debtor(s)

Chapter 13
Case No:  06-3-0803 SFC13
Date: June 11, 2008
Time: 10:00 AM
Ctrm: 235 Pine St, 23rd Fl
   San Francisco, CA 94104-0000

DECLARATION IN SUPPORT OF CHAPTER 13 STANDING TRUSTEE,
DAVID BURCHARD'S, MOTION TO DISMISS CASE UNDER
11 U.S.C. 1307 (c)(1) AND A CERTIFICATE OF MAILING

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration except as to those stated on information and belief and as to those matters, I believe them to be true and correct.  If called upon as a witness, I could, and would, competently testify to the fact contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. An Order Confirming Plan was entered 09/20/2007.

2. Pursuant to the Debtor(s)' confirmed plan, the Debtor(s) shall sell or refinance property, as described as:

   SALE OF ART

3. As of the date hereof, the above-referenced property or properties have not been sold or refinanced pursuant to the terms of the confirmed Chapter 13 Plan, nor has the Trustee been apprised of a pending sale or refinance.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on May 13, 2008, in Foster City, California.

Dated:  May 13, 2008            David Burchard
                       David Burchard, Chapter 13 Standing Trustee

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action.  I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA.  On the date set forth below, I served a true and correct copy of the Motion of Chapter 13 Standing Trustee, David Burchard, to Dismiss Case Under 11 U.S.C. 1307 (c)(1), the Declaration in Support of Chapter 13 Standing Trustee, David Burchard's Motion to Dismiss Case Under 11 U.S.C. 1307 (c)(1) and **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for mailing, where it is deposited in the ordinary course of business with the U.S. Postal Service by first class mail.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| CHRISTOPHER LANE<br>1161 S. VAN NESS AVE.<br>SAN FRANCISCO, CA 94110 | PETER N HADIARIS ESQ<br>600 HARRISON ST STE 120<br>SAN FRANCISCO, CA 94107-1389 |

Dated:   May 13, 2008        LIZ WHIGHAM
                             LIZ WHIGHAM
                             Case Administrator