

Signed and Filed: March 05, 2010

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 06-30803 TC |
| CHRISTOPHER LANE, | ) Chapter 13 |
| Debtor. | ) |

**ORDER RE DEBTOR'S MOTION FOR RECUSAL**

Upon due consideration, and for the reasons stated in the accompanying memorandum decision, Debtor's motion to recuse the above-signed judge is denied.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Christopher Lane |
| | 1161 S. Van Ness Avenue |
| 4 | San Francisco, CA 94110 |
| 5 | Susan L. Uecker |
| | Uecker and Associates Inc. |
| 6 | 100 Pine Street, Suite 475 |
| | San Francisco, CA 94111 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |